Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:12-CV-01512-AWI-SMS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE AND ORDER THEREON |
| v. | |
| JUAN M. RAMIREZ BERNAL, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, December 11, 2012 at 10:30 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Juan M. Ramirez Bernal, individually and d/b/a La Fiesta Bar a/k/a La Fiesta Dance.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Initial Scheduling Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Tuesday, December 11, 2012 at 10:30 AM.

Respectfully submitted,

Dated: November 29, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**ORDER** (Proposed)

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-01512-AWI-SMS styled *J & J Sports Productions, Inc. v. Juan M. Ramirez Bernal*, is hereby continued from 10:30 AM, Tuesday, December 11, 2012 to February 12, 2013 at 10:30 AM before Magistrate Judge Sandra M. Snyder.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

/s/ SANDRA M . SNYDER                                    Dated:  11/29/2012
**THE HONORABLE SANDRA M. SNYDER**
**United States District Court**
**Eastern District of California**

///
///
///
///
///
///
///
///
///
///
///