IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, </br>Plaintiff, </br>v. </br>JUAN M. RAMIREZ BERNAL, </br>Defendant. | 1:12-CV-1512 AWI SMS </br></br>**ORDER VACATING HEARING DATE OF MAY 20, 2013, AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages, Defendant Juan M. Ramirez Bernal, and d.b.a. La Fiesta Bar, ("Defendant") has filed a notice of motion to dismiss the complaint of plaintiff J&J Sports Productions, Inc. ("Plaintiff").  The matter was set for oral argument to be held on May 20, 2013. The Court has reviewed Defendant's motion, Plaintiff's opposition, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 20, 2013, is VACATED, and no party shall appear at that time.  As of May 20, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 16, 2013

SENIOR DISTRICT JUDGE