Thomas P. Riley, SBN 66599
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN M. RAMIREZ BERNAL,<br><br>Defendant. | CASE NO. 1:12-cv-01512-AWI-SMS<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JUAN M. RAMIREZ BERNAL, individually and d/b/a LA FIESTA BAR A/K/A LA FIESTA DANCE |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JUAN M. RAMIREZ BERNAL, individually and d/b/a LA FIESTA BAR A/K/A LA FIESTA DANCE, that the above-entitled action is hereby dismissed **with prejudice** against JUAN M. RAMIREZ BERNAL, individually and d/b/a LA FIESTA BAR A/K/A LA FIESTA DANCE.

///

///

///

///

///

///

///

**PAGE 1**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 9/30/14        /s/Thomas P. Riley
                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                     By:  Thomas P. Riley
                     Attorneys for Plaintiff
                     J & J SPORTS PRODUCTIONS, INC.

Dated: 9/23/14        /s/Henry D. Nunez
                     **LAW OFFICES OF HENRY D. NUNEZ**
                     By: Henry Dorame Nunez, Esquire
                     Attorneys for Defendant
                     JUAN M. RAMIREZ BERNAL, individually and d/b/a LA FIESTA BAR A/K/A LA FIESTA DANCE

**ORDER**

IT IS SO ORDERED.

Dated:   October 1, 2014                   _____
                                           SENIOR  DISTRICT  JUDGE

**PAGE 2**